UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DOUGLAS YOUNG, ) | Case No.: 5:13-CV-05702-LHK |
| ) | |
| Plaintiff, ) | ORDER CONTINUING CASE |
| ) | MANAGEMENT CONFERENCE |
| v. ) | |
| ) | |
| NEONODE INC., and DOES 1 through 10, ) | |
| inclusive, ) | |
| ) | |
| Defendants. ) | |
| ) | |

In light of the parties' Notice of Settlement (ECF No. 17), the Court hereby continues the April 16, 2014 case management conference to May 7, 2014 at 2:00 P.M. Pursuant to the parties' Notice, the parties shall file a stipulated dismissal within two business days after completion of the specified terms of the settlement.

**IT IS SO ORDERED.**

Dated: April 10, 2014

*Lucy H. Koh*
_____
LUCY H. KOH
United States District Judge

1

Case No.: 5:13-CV-05702-LHK
ORDER CONTINUING CASE MANAGEMENT CONFERENCE